FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2013 OCT 18 P 12: 26

CLERK'S OFFICE
AT BALTIMORE

BY_____ _____DEPUTY

|   |   |
|---|---|
| AMIT SHARMA, | |
| v. | Civil No. JKB-12-CV-2269 |
| HOWARD COUNTY, *et al* | |

ORDER

Before the Court is the Parties' Joint Motion for Extension of Time to Complete Discovery. It is hereby ORDERED:

The Motion is GRANTED; and it is further,

ORDERED that the following deadlines shall apply:

    Plaintiff's Rule 26(a)(2) disclosures: November 10, 2013

    Defendant's Rule 26(a)(2) disclosures: December 26, 2013

    Plaintiff's rebuttal Rule 26(a)(2) disclosures: January 16, 2014

    Rule 26(e)(2) supplementation of disclosures and responses: January 29, 2014

    Discovery Deadline and Submission of Status Report: Friday, February 20, 2014

    Requests for Admission: Friday, March 6, 2014.

    Dispositive pretrial motions deadline: April 24, 2014

DATED this _17_ day of _Oct._, 2013.

BY THE COURT:

_James K. Bredar_
USDJ

James K. Bredar
United States District Judge