UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| CHAMBERS OF | 101 WEST LOMBARD STREET |
|---|---|
| SUSAN K. GAUVEY | BALTIMORE, MARYLAND 21201 |
| U.S. MAGISTRATE JUDGE | MDD_skgchambers@mdd.uscourts.gov |
| | (410) 962-4953 |
| | (410) 962-2985 - Fax |

November 4, 2013

Daniel E. Kenney, Esq.
Morris E Fischer LLC
1400 Spring Street, Suite 350
Silver Spring, MD 20910

David Reid Moore, Esq.
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043

Re:  Sharma v. Howard County, et al
     Civil No. JKB-12-2269

Dear Counsel:

    This is to confirm that the settlement conference in the above case is hereby rescheduled for **Monday, February 24, 2014** at **9:30 a.m.,** in accordance with counsel's request. The <u>ex parte</u> letters requested in my April 9, 2013 letter order will now be due on **February 3, 2014.** Plaintiff shall submit a written itemization of damages and a settlement demand to the defendants on **February 3, 2014**, with a copy to the Court, and the defendants shall submit a written offer to the plaintiff and any alternate itemization of damages on **February 10, 2014**, again with a copy to the Court.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

    I look forward to seeing you on **February 24th.**

                                              Sincerely yours,

                                              /s/

                                              Susan K. Gauvey
                                              United States Magistrate Judge


Cc:   Honorable James K. Bredar
       Court File and Chambers File