IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| AMIT SHARMA,<br>v.<br>HOWARD COUNTY, *et al* | Civil No. JKB-12-CV-2269 |

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FOR EXTENSION OF DATES ON SCHEDULING ORDER

Plaintiff, through counsel, respectfully moves this Honorable Court for a final extension of the schedule to complete discovery and for an order amending the scheduling order. In support thereof, the Plaintiff states the following:

The parties have been actively engaging in discovery. The Plaintiff has taken four depositions and the parties have exchanged thousands of pages of documents, email and data. Plaintiff anticipates that there are approximately four or five additional depositions for both parties. Additionally, undersigned counsel is leaving the law office of Morris Fischer, LLC. The staffing changes necessitate a few extra weeks of additional time. The Honorable Magistrate Judge Susan K. Gauvey has set mediation in this case for May 15, 2014. This motion will not affect that date. In light of this, Plaintiff respectfully requests an extension of discovery until May 14, 2014. A proposed order is attached hereto.

Respectfully submitted,

_____/s/_____
Daniel E. Kenney, Esq.
MD Bar No. 18369
Law Office of Morris E. Fischer, LLC
1400 Spring Street
Suite 350
Silver Spring, MD, 20910
(301) 328-7631 phone


By_____/s/_____
Morris E. Fischer, Esq.
MD Bar No. 26286
Law Office of Morris E. Fischer, LLC
1400 Spring Street
Suite 350
Silver Spring, MD, 20910
(301) 328-7631 phone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| AMIT SHARMA, | * * * * | |
| | * | Civil No. JKB-12-CV-2269 |
| v. | * * | |
| HOWARD COUNTY, *et al* | * * * * * | |

[PROPOSED] ORDER

Before the Court is the Parties' Joint Motion for Extension of Time to Complete Discovery.  It is hereby ORDERED:

The Motion is GRANTED; and it is further,

ORDERED that the following deadlines shall apply:

    Plaintiff's rebuttal Rule 26(a)(2) disclosures: April 14, 2014

    Rule 26(e)(2) supplementation of disclosures and responses: April 29, 2014

    Discovery Deadline and Submission of Status Report: May 14, 2014

    Requests for Admission:  May 21, 2014

    Dispositive pretrial motions deadline:  July 23, 2014

DATED this _____ day of            2014.

                                                                                      BY THE COURT:

                                                                                      _____
                                                                                      James K. Bredar
                                                                                      United States District Judge